■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. KAREN DAWN ALPHONSE, Admitted on April 17, 1989, at a Term of the Appellate Division, First Department. [731 NYS2d 608] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See* 230 AD2d 366.]